IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS HOOD and KATHERINE J. HOOD, | No. C 09-4239 SI |
| Plaintiffs, | **ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE** |
| v. | |
| DOWNEY SAVINGS AND LOAN, *et al.*, | |
| Defendants. | |

On September 14, 2009, defendant Ocwen Loan Servicing LLC removed this case from state court to this Court. On October 28, 2009, defendant Ocwen filed a motion to dismiss the complaint. (Docket No. 4). The motion is scheduled for a hearing on December 2, 2009. Plaintiffs' opposition to the motion was due no later than November 11, 2009. Plaintiffs, who are representing themselves without counsel, have not filed an opposition, nor have plaintiffs taken any action in this case since it was removed to this Court.

Accordingly, the Court orders plaintiffs to file a declaration by **December 2, 2009** stating why this case should not be dismissed without prejudice for failure to prosecute. The December 2, 2009 hearing on defendants' motions to dismiss is VACATED. The Court will reschedule the hearing on the motion if necessary. Failure to comply with these deadlines will result in dismissal of plaintiffs' complaint without prejudice.

**IT IS SO ORDERED.**

Dated: November 19, 2009

SUSAN ILLSTON
United States District Judge