**United States District Court**
For the Northern District of California

1

2

3

4

5          IN THE UNITED STATES DISTRICT COURT

6         FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8   DENNIS HOOD and KATHERINE J. HOOD,          No. C 09-4239 SI

9          Plaintiffs,          **ORDER SETTING BRIEFING SCHEDULE
                                 ON DEFENDANT'S MOTION TO DISMISS**
10     v.

11  DOWNEY SAVINGS AND LOAN, *et al.*,

12          Defendants.
                                         /
13

14          Plaintiffs have responded to the Court's November 19, 2009 Order to Show Cause and state that

15  they wish to prosecute this case.  Accordingly, plaintiffs shall file a response to defendant's motion to

16  dismiss no later than **January 15, 2010**, defendant shall file a reply no later than **January 22, 2010**, and

17  the Court will hold a hearing on the motion on **January 29, 2009**.

18

19          **IT IS SO ORDERED.**

20

21  Dated:   December 28, 2009

                                         SUSAN ILLSTON
22                                       United States District Judge

23

24

25

26

27

28