IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS HOOD and KATHERINE J. HOOD, | No. C 09-4239 SI |
| Plaintiffs, | **ORDER DISMISSING CASE WITHOUT PREJUDICE** |
| v. | |
| DOWNEY SAVINGS AND LOAN, *et al.*, | |
| Defendants. / | |

Plaintiffs have filed a notice of dismissal. Accordingly, this case is DISMISSED WITHOUT PREJUDICE. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: January 25, 2010

SUSAN ILLSTON
United States District Judge